UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
BASHE ABDI YOUSUF, <u>et al.</u>          )
                                    )
       Plaintiffs,               )
                                    )
   v.                               )   Misc. Action No. 05-110 (RBW)
                                    )
MOHAMED ALI SAMANTAR                )
                                    )
       Defendant.                )
_____ )

**ORDER**

      This matter comes before the Court pursuant to the mandate of the United States Court of Appeals for the District of Columbia Circuit which reversed the May 3, 2005 Opinion of this Court and remanded the case for further proceedings in accordance with the D.C. Circuit's opinion.  See <u>Yousuf v. Samantar</u>, 451 F.3d 248 (D.C. Cir. 2006) (per curiam).

      Despite the Circuit Court's mandate, the underlying case in which the subpoena was issued has now been dismissed by the United States District Court for the Eastern District of Virginia.  See <u>Yousuf v. Samantar</u>, No. 1:04-cv-1360, 2007 WL 2220579 (E.D. Va. Aug. 1, 2007) (holding that the plaintiff is entitled to sovereign immunity under the Foreign Sovereign Immunities Act).

      For the preceding reasons, it is hereby

      **ORDERED** that the plaintiffs' motion to compel compliance with a subpoena under Federal Rule of Civil Procedure 45 is **DENIED** as moot.

**SO ORDERED** this 12th day of September, 2008.

_____/s/_____
REGGIE B. WALTON
United States District Judge